9/8/2026 7:13 AM
26CV47718

DOUBLE EAGLE INJURY LAW
710 South 7th Street
Las Vegas, NV 89101
Phone: 888-245-0505 • Fax: 913-374-9779
www.DOUBLEEAGLELAW.com

GARRETT B. LOGAN, ESQ.
Oregon Bar No. 235854
DOUBLE EAGLE INJURY LAW
710 South 7th Street
Las Vegas, NV 89101
gbl@doubleeaglelaw.com
Tel: (888) 245-0505
Fax: (913) 374-9779
*Attorney for Plaintiff*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JOSEPHINE

| | |
|---|---|
| Rhonda O'Brien, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Dollar General Corporation, a foreign corporation, d/b/a Dollar General; DG Retail, LLC, a foreign limited liability company,<br><br>Defendants. | **Case No.:** 26CV47718<br><br>**COMPLAINT**<br>Fee Authority ORS 21.160(1)(b)<br>Claim more than $50,000.00<br>Claim is not Subject to Mandatory Arbitration<br>Prayer amount – $1,428,959.14<br><br>**JURY TRIAL DEMANDED** |

Plaintiff by and through her counsel of record, hereby complains and alleges against Defendants as follows:

## IDENTIFICATION OF THE PARTIES

1. Plaintiff Rhonda O'Brien is an individual and an Oregon resident who, at all relevant times, was present in Josephine County, Oregon.

2. Defendant Dollar General Corporation d/b/a Dollar General is a corporation organized under the laws of Tennessee that, upon information and belief, was conducting business in Josephine County, Oregon, at all relevant

DOUBLE EAGLE INJURY LAW
710 South 7th Street
Las Vegas, NV 89101
Phone: 888-245-0505 • Fax: 913-374-9779
www.DOUBLEEAGLELAW.com

times, at 3625 Merlin Road, Grants Pass, Oregon, 97526.

3. Defendant DG Retail, LLC, is a limited liability company organized under the laws of Tennessee that, upon information and belief, was conducting business in Josephine County, Oregon, at all relevant times, at 3625 Merlin Road, Grants Pass, Oregon, 97526.

4. Whenever it is alleged in this Complaint that a defendant did any act or thing, it is meant that such defendant's officers, agents, servants, employees, or representatives did such act or thing and at the time such act or thing was done, it was done with full authorization or ratification of such defendant or was done in the normal and routine course and scope of business, or with the actual, apparent and/or implied authority of such defendant's officers, agents, servants, employees, or representatives. Specifically, defendants are liable for the actions of their respective officers, agents, servants, employees, and representatives.

## GENERAL ALLEGATIONS

5. At all times relevant to this Complaint, the acts and omissions giving rise to this action occurred in Josephine County, Oregon.

6. Defendants (and each of them) own, occupy, operate, control, maintain, and/or manage a certain real property known as "Dollar General" located 3625 Merlin Rd., Oregon, 97526 (the Premises).

### *The Subject Incident*

7. On or about of June 7, 2025, Plaintiff was a customer at the subject Premises.

8. As Plaintiff was exiting the Dollar General and traversing

DOUBLE EAGLE INJURY LAW
710 South 7th Street
Las Vegas, NV 89101
Phone: 888-245-0505 • Fax: 913-374-9779
www.DOUBLEEAGLELAW.com

Defendants' parking lot, she suddenly and without warning slipped on oily, loose gravel/asphalt located upon Defendants' Premises (the Condition) causing her to fall and break her femur (Subject Incident).

9. Defendants had actual or constructive notice of the Condition prior to the Subject Incident as Defendants created and/or permitted the Condition to subsist. The Condition was unreasonably dangerous and thus Defendants should have remedied the Condition or provided sufficient warning of the same prior to the Subject Incident.

10. The Condition was also the result of negligent maintenance and/or inspection of the Premises. Specifically, Defendants knew or should have known through reasonable inspection that the Condition was a slip hazard.

11. As a result of Defendants' negligence, Plaintiff incurred medical expenses in the present sum of $128,959.14.

12. Plaintiff has also endured pain and suffering related to her injuries caused by Defendants negligence resulting in noneconomic damages in the amount of $1,300,000.00.

**FIRST CLAIM FOR RELIEF**

**(Negligence/Respondeat Superior)**

13. Plaintiff incorporates all previous paragraphs as though fully set forth herein.

14. Defendants as the owners, operators, services, and/or managers of the Premises owed a duty to Plaintiff to keep the Premises in a reasonable safe condition for use. At all relevant times, Defendants owed nondelegable

DOUBLE EAGLE INJURY LAW
710 South 7th Street
Las Vegas, NV 89101
Phone: 888-245-0505 • Fax: 913-374-9779
www.DOUBLEEAGLELAW.com

duties of care to Plaintiff to maintain the Premises in a manner free of unreasonably dangerous conditions. Defendants also owed a nondelegable duty of care to warn Plaintiff of the existence of unreasonably dangerous conditions.

15. Defendants breached the duties they owed to Plaintiff by creating and/or knowingly and/or negligently allowing dangerous conditions to exist and persist on the Premises prior to Plaintiff's incident, and by negligently failing to take any measures to remedy or warn of the existence of the dangerous conditions.

16. As a direct result of Defendants' acts or omissions, Plaintiff sustained serious bodily injuries.

17. The duties that Defendants breached were the proximate cause of Plaintiff's injuries.

18. As a direct and proximate result of Defendants' negligence, Plaintiff was required to seek medical care and undergo medical treatment and has suffered physical and mental pain and anxiety and will continue to do so in the future.

19. As a direct and proximate result of Defendants' negligence and carelessness, Plaintiff has incurred special damages in the present sum of $128,959.14.

20. Plaintiff has incurred in noneconomic damages in an amount of $1,300,000.00.

**JURY DEMAND**

21. Plaintiff hereby demands a trial by jury for all issues so triable.

DOUBLE EAGLE INJURY LAW
710 South 7th Street
Las Vegas, NV 89101
Phone: 888-245-0505 • Fax: 913-374-9779
www.DOUBLEEAGLELAW.com

## PRAYER FOR RELIEF

Plaintiff therefore prays for judgment against Defendants as follows:

1. For past special damages in the present amount of $128,959.14;

2. For noneconomic damages in the amount of $1,300,000.00;

3. For future medical expenses in an amount to be determined after formal discovery;

4. For costs and disbursements incurred herein, consistent with ORS 20.190;

5. For pre- and post-judgment interest, as allowed by law; and

6. For such other and further relief as is appropriate under the circumstances.

DATED: September 4, 2026.

DOUBLE EAGLE INJURY LAW

_______________________________

GARRETT B. LOGAN, ESQ.
Oregon Bar No. 235854
710 South 7th Street
Las Vegas, NV 89101